UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05CR 10219 NG |
| ) | CRIMINAL NO. |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 922(g)(1)- |
| KENJI HENDERSON ) | Felon in Possession of |
| ) | a Firearm and Ammunition |
| ) | |

### INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession
of a Firearm and Ammunition)

The Grand Jury charges that:

On or about December 9, 2004, at Brockton, in the District of Massachusetts,

**KENJI HENDERSON,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Bryco, model 38, .380 caliber semi-automatic pistol, serial number 589427 and 5 rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:   (18 U.S.C. § 922(g)(1)- Felon in Possession
              of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about January 18, 2005, at Boston, in the District of Massachusetts,

**KENJI HENDERSON,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Intratec, model AB-10, 9mm semi-automatic pistol, serial number obliterated, and eight rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Cynthia W. Lie
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:            August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk   8/24/05 @ 2:55 pm

JS 45 (5/97) - (Revised USAO MA 6/29/05)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

05 CR 10219 NG

**Place of Offense:** Brockton   **Category No.** II   **Investigating Agency** ATF

**City** Brockton   **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Kenji Henderson       Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 78   **SSN (last 4 #):** 2446   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Cynthia Lie       **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/23/05   **Signature of AUSA:** _____

05CR 10219 NG

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kenji Henderson

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §922(g)(1) | Felon In Possession of a Firearm | 1 |
| Set 2   18 U.S.C. §922(g)(1) | Felon In Possession of a Firearm | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**