UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Cr. No. 05-10219-NG |
| ) | |
| **KENJI HENDERSON** ) | |

### GOVERNMENT'S MOTION FOR DETENTION

The United States Attorney hereby respectfully moves that the Court detain the defendant based on 18 U.S.C. Section 3142(f)(1)(A), crime of violence, in addition to 3142(f)(2)(A), risk of flight.  The attorney for the government has already verbally notified defense attorney Cathy Burns of the government's intention to proceed on this additional bases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Cynthia W. Lie
Assistant U.S. Attorney

Dated: August 31, 2005