AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KENJI HENDERSON

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10219 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   KENJI HENDERSON
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Illegal possession of a firearm

in violation of Title  18  United States Code, Section(s)  922(g)(1)

Catherine M. Gaughlik
Name of Issuing Officer

Catherine M. Gaughlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

8-24-05   Boston, MA
Date and Location

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

---

RETURN

ATF

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE  8-31-2005

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.