UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON   ) | |

### MOTION TO ALLOW THE DEFENDANT TO LEAVE HIS HOME FOR THE LIMITED PURPOSE OF ATTENDING CHURCH

The defendant, Kenji Henderson, respectfully requests that this Court allow him to leave his home on Sundays between 7:00 AM and 11:00 AM to attend services at the Concord Baptist Church which is located at 190 Warren Street, in the South End, Boston. The service runs from 7:45 AM to approximately 10:00 AM. Mr. Henderson will be accompanied by either Yvette or Andrew Watson who are the third party custodians.

KENJI HENDERSON
By his attorney,

Catherine K. Byrne
/s/ Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: September 21, 2005