# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2005-10219-NG

KENJI HENDERSON,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/24/2005 - Indictment returned.

8/31/2005 - Initial Appearance

8/31 - 9/1/2005 - Government's motion for detention; filing to hearing.

9/1/2005 - Arraignment

9/2 - 9/29/2005 - Excluded as per L.R. 112.2(A)(2)

10/11/2005 - Conference held.

10/12 - 12/1/2005 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of December 1, 2005, ELEVEN (11) non-excludable days will have occurred leaving FIFTY-NINE (59) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 11, 2005.