```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )      CRIMINAL NO. 05-10219-NG
                              )
KENJI HENDERSON               )
```

MOTION TO ALLOW THE DEFENDANT
TO LEAVE HIS HOME FOR THE LIMITED
<u>PURPOSE OF EMPLOYMENT</u>

  The defendant, Kenji Henderson, respectfully requests that this Court allow him to leave his home Mondays through Fridays for the limited purpose of working. He would work as an assistant property manager two hours every morning under the direct supervision of Andrew Watson who is his third party custodian. He would then work four hours every afternoon as an assistant at Health and Sports Rehab., Inc. a physical therapy business owned and operated by his cousin-in-law Andrew Watson where he would be under the direct supervision of his cousin Yvette Watson. Mr. Henderson will be supervised throughout the workday by either Yvette or Andrew Watson.

  Mr. Henderson has been under the release conditions of
24 hour home confinement with electronic monitoring since September 2, 2005 without incident.

Assistant United States Attorney Cynthia W. Lie and Pretrial Service Officer assent to this motion.

```
                                KENJI HENDERSON
                                By his attorney,


                                Catherine K. Byrne
                                /s/ Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

Date: November 8, 2005

_____