# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.             CRIMINAL NO. 2005-10219-NG

KENJI HENDERSON,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/12/2005 - Conference held.

Thus, as of December 12, 2005, TWENTY-ONE (21) non-excludable days have occurred leaving FORTY-NINE (49) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 13, 2005.