# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2005-10219-NG

KENJI HENDERSON,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on December 12, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    No

(2)    No.

(3)    No.

(4)    The United States has requested notice of alibi; there has been no

   response.

(5)   No non-discovery motions will be filed.

(6)   An Initial Pretrial Conference should be set as soon as possible to set a firm trial date. **<u>THE SPEEDY TRIAL ACT CLOCK IS RUNNING.</u>**

(7)   Whether the defendant will plead is unknown.

(8)   *See* Further Order of Excludable Delay entered this date.

(9)   Five trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)   Yes.

(2)   Yes; no reason for the case to remain with the magistrate judge.

(3)   *See* ¶ (5), *supra.*

(4)   *See* ¶ (8), *supra.*

(5)   Five trial days.

(6)   None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 as soon as possible to set a firm trial date. **<u>THE SPEEDY TRIAL ACT CLOCK IS RUNNING.</u>**

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE

COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE GERTNER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 13, 2005.