```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
          v.                   )    CRIMINAL NO. 05-10219-NG
                               )
KENJI HENDERSON                )
```

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant, Kenji Henderson, respectfully requests that the status date in the above case be continued from January 4, 2006. As reason therefore, defendant's counsel is unavailable at that time due to a family responsibility.

If the court allows this continuance, defendant also moves that the time between January 4, 2006 and the next scheduled date be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Cynthia Lie, assents to this motion.

```
                              KENJI HENDERSON
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

Date: January 4, 2006