```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
        v.                     )     CRIMINAL NO. 05-10219-NG
                               )
KENJI HENDERSON                )
```

MOTION TO ALLOW THE DEFENDANT
TO LEAVE HIS HOME FOR THE LIMITED
<u>PURPOSE OF EMPLOYMENT</u>

The defendant, Kenji Henderson, respectfully requests that this Court allow him to leave his home on Saturdays and Sundays (after church) for the limited purpose of employment doing repairs and renovations on three 3-family houses owned by Andrew and Yvette Watson. The addresses of the houses are 23 Deering Rd. in Dorchester, MA, 17 Ferndale St. in Dorchester, MA and 231 Washington St. in Dorchester, MA. He would work for between 6-7 hours/day (daytime hours) and under the direct supervision of Andrew Watson. The work would involve painting, gutting out the houses for renovation, and doing repairs inside the apartments.

Mr. Henderson has been on release with conditions of home confinement with electronic monitoring since September 22, 2005 and has been permitted by this Court to work Mondays through Fridays during daytime hours since November 9, 2005 without incident.

    Assistant United States Attorney Cynthia W. Lie assents to this motion.

                                           KENJI HENDERSON  
                                           By his attorney,

                                           Catherine K. Byrne  
                                           /s/ Catherine K. Byrne  
                                              B.B.O. #543838  
                                           Federal Defender Office  
                                           408 Atlantic Avenue, 3rd Floor  
                                           Boston, MA  02110  
                                           Tel: 617-223-8061

Date: January 11, 2006

_____