UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

ASSENTED-TO MOTION TO EXCLUDE TIME

The defendant, Kenji Henderson, respectfully requests that the time from February 6, 2006 through April 10, 2006 be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Cynthia Lie, assents to this motion.

                                              KENJI HENDERSON
                                              By his attorney,

                                              /s/ Catherine K. Byrne
                                              Catherine K. Byrne
                                                 B.B.O. #543838
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA 02110
                                              Tel: 617-223-8061

Certificate of Service

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7, 2006.

                                              Catherine K, Byrne