UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The defendant, Kenji Henderson, respectfully requests that this Court modify the conditions of release to remove the condition of home confinement with electronic monitoring and to replace it with the condition of a nightly curfew beginning at 9:00 PM and ending at 7:00 AM.  As reason therefore, the defendant has been on electronic monitoring since his release on September 22, 2005 without incident.  Since September 2005, the home confinement restriction has gradually been lessened allowing defendant first to attend church on Sundays, then to leave home for regular employment on weekdays and most recently to leave home in order to work on the weekends.

KENJI HENDERSON
By his attorney,

Catherine K. Byrne
/s/ Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>Certificate of Service</u>

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2006.

                                              Catherine K. Byrne
                                              /s/ Catherine K. Byrne