UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 05-CR-10219 |
| ) | (NG) |
| v. ) | |
| ) | |
| **KENJI HENDERSON** ) | |

**OPPOSITION TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

    The government opposes the defendant's motion to remove the condition of home confinement with electronic monitoring from his conditions of pretrial release.  During the detention hearing on September 1, 2005, Magistrate Judge Collings expressed concern about defendant's sister acting as third party custodian, as she worked and defendant "would be alone for much of the day." Clerk's notes, docket entry from September 1, 2005.  To satisfy Judge Collings concerns, defendant then had to find the Watsons to act as 3rd party custodians, since one of them was generally at home and available to monitor the defendant during the day.

    Judge Collings imposed home confinement at the Watsons with electronic monitoring for the very purpose of ensuring that defendant had home oversight during the day -- this purpose is defeated if defendant is allowed free reign during 10 hours of the day, particularly on the weekends.  Defendant has provided no reason why these conditions should be altered other than that he has not caused any trouble while on pretrial release.  The

1

government's position is that the current pretrial conditions provide safety to the community and minimize risk of flight, while still allowing him to work and attend church.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                                  By:  */s/ Cynthia W. Lie*

                                  CYNTHIA W. LIE
Dated: February 10, 2006              Assistant U.S. Attorney