UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

                Check if previously referred

United States _____

        V.                CA/CR No. 05CR10129-NG_____

Kenji Henderson _____        Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **COLLINGS** for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

                (  ) Motion(s) for injunctive relief
                (  ) Motion(s) for judgment on the pleadings
                (  ) Motion(s) for summary judgment
                (  ) Motion(s) to permit maintenance of a class action
                (  ) Motion(s) to suppress evidence
                (  ) Motion(s) to dismiss
                (  ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(E)        Case referred for events only.  See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                (  ) In accordance with Rule 53, F.R.Civ.P.
                (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        **Special Instructions: For a ruling on Motion to Modify Conditions of Release #24.**

  2/15/06                                                       By:    /s/Maryellen Molloy_____
Date                                                              Deputy Clerk

---

[1]

Case 1:05-cr-10219-NG     Document 26     Filed 02/15/2006     Page 2 of 2