# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**      **APPEARANCE**

KENJI HENDERSON,

     Defendant.      Case Number:    05-10219-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 3, 2006 | /s/Antoinette E.M. Leoney, Assistant U.S. Attorney |
| Date | Signature |
| | Antoinette E.M. Leoney |
| | Print Name     Bar Number |
| | U.S. Attorney's Office, 1 Courthouse Way, Ste 9200 |
| | Address |
| | Boston     MA    02210 |
| | City     State    Zip Code |
| | (617) 748-3103     (617) 748-3951 |
| | Phone Number     Fax Number |