```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   ) Criminal No. 05-10219-NG
                               )
                               )
KENJI HENDERSON,               )
                               )
          Defendant.           )
```

**ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM DECEMBER 12, 2005 THROUGH JUNE 13, 2006,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(1)(F) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on December 12, 2005 (date of final status conference), and concluding on June 13, 2006 (date of the change of plea hearing).  Counsel for Defendant, Catherine K. Byrne, Esq., has informed the Court that she needs additional time to confer with her client and to complete a trial in another matter.

Counsel for Defendant, Catherine K. Byrne, Esq., has given his assent to this motion.

WHEREFORE, the government respectfully requests, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by

granting the requested exclusion, and that said exclusion outweighs the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude all time, **commencing on December 12, 2005 and concluding on June 13, 2006**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:
                                    /s/Antoinette E.M. Leoney
                                    ANTOINETTE E.M. LEONEY
Dated: April 12, 2006            Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day, April 12, 2006, served upon the person listed below a copy of the foregoing document by electronic court filing:

        Catherine K. Byrne, Esq.
        Federal Defender's Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

                                    /s/Antoinette E.M. Leoney
                                    ANTOINETTE E.M. LEONEY
                                    Assistant U.S. Attorney