UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 05-10219-NG |
| | ) | |
| KENJI HENDERSON | ) | |

### MOTION TO ALLOW THE DEFENDANT TO EXTEND HIS CURFEW FOR THE LIMITED PURPOSE OF ATTENDING WEDDING CELEBRATION

The defendant, Kenji Henderson, respectfully requests that this Court allow him to extend his curfew from 7:00 PM to 12:00 AM on Saturday June 17, 2006 to attend the wedding and reception of his cousin Keena JaQuay.  The wedding will be at 4:00 PM at the Concord Baptist Church of Boston in Boston and the reception will follow at the Hilltop Steak House ballroom in Saugus.

Mr. Henderson will be accompanied by Yvette Watson who is the third party custodian.

```
                                KENJI HENDERSON
                                By his attorney,

                                /s/ Catherine K. Byrne
                                Catherine K. Byrne
                                  B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

### Certificate of Service

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2006.

```
                                /s/ Catherine K. Byrne
                                Catherine K. Byrne
```