UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) | |
| v. ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

The defendant, Kenji Henderson, respectfully requests that the Rule 11 hearing date in the above case be continued from June 13, 2006 to anytime on July 5, 6, 10, 12 or after 1:00 PM on July 7 or 14.

Defendant also moves that the time between June 13, 2006 and the next scheduled date be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Antoinette Leoney, assents to this motion.

KENJI HENDERSON
By his attorney,

/s/ Catherine K. Byrne
Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

<u>Certificate of Service</u>

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 14, 2006.

/s/ Catherine K. Byrne
Catherine K. Byrne