UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

MOTION TO ALLOW THE DEFENDANT TO EXTEND HIS CURFEW FOR THE LIMITED PURPOSE OF CELEBRATING HIS BIRTHDAY WITH HIS FAMILY

The defendant, Kenji Henderson, respectfully requests that this Court allow him to extend his curfew from 7:00 PM to 11:00 PM on Friday July 7, 2006 to have dinner (celebrating his birthday which is on July 6th) with his mother Joan Henderson and sister Njeri Henderson at Venezia Waterfront Restaurant located at 20 Erickson Street Boston, MA.

```
                                    KENJI HENDERSON
                                    By his attorney,

                                    /s/ Catherine K. Byrne
                                    Catherine K. Byrne
                                      B.B.O. #543838
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061
```

Certificate of Service

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 3, 2006.

```
                                    /s/ Catherine K. Byrne
                                    Catherine K. Byrne
```