UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

MOTION FOR RETURN OF $5,000 POSTED TO SECURE APPEARANCE

The defendant, Kenji Henderson, respectfully requests that $5,000 cash, which was posted on September 1, 2005 in order to secure his appearance, be returned to his family. As reason therefore, defendant pled guilty July 10, 2006 and self-surrendered to the United States Marshal on July 16, 2006. Defendant is now in the custody of the United States Marshal where he will remain until he is sentenced on November 15, 2006.

                                        KENJI HENDERSON
                                        By his attorney,

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne
                                           B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA 02110
                                        Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2006.

                                      /s/ Catherine K. Byrne

                                      Catherine K. Byrne