UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                      )<br>)<br>KENJI HENDERSON           ) | CRIMINAL NO. 05-10219-NG |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

The defendant, Kenji Henderson, respectfully requests that the sentencing hearing date in the above case be continued from November 28, 2006 to December 14, 2006.

The government, per Assistant United States Attorney Antoinette Leoney, assents to this motion.

```
                                KENJI HENDERSON
                                By his attorney,


                                /s/ Catherine K. Byrne
                                Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA 02110
                                Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2006.

```
                                /s/ Catherine K. Byrne
                                Catherine K. Byrne
```