```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 05-10219-NG
     v.                     )
                            )
KENJI HENDERSON             )
                            )
          Defendant.        )
```

### GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Kenji Henderson's offense level for acceptance of responsibility.  The defendant is scheduled to be sentenced on December 14, 2006.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Kenji Henderson's offense level for acceptance of responsibility.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:

                                        <u>/s/ Antoinette E.M. Leoney</u>
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney
Date: December 7, 2006            (617) 748-3100

                          <u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                              December 7, 2006

    This is to certify that I have this day served a copy of the foregoing document by electronic court filing and/or by hand upon counsel for the defendant, Catherine A. Byrne, Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                        <u>/s/Antoinette E.M. Leoney</u>
                                        ANTOINETTE E.M. LEONEY