UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-10219-NG |
| ) | |
| KENJI HENDERSON ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

The defendant, Kenji Henderson, respectfully requests that the sentencing hearing date in the above case be continued from December 14, 2006 to sometime during the weeks of January 15, 2007 or January 22, 2007.

The government, per Assistant United States Attorney Antoinette E.M. Leoney, assents to this motion.

```
                              KENJI HENDERSON
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 8, 2006.

```
                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
```