UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10219-NG |
| | ) | |
| KENJI HENDERSON | ) | |

DEFENDANT'S SENTENCING MEMORANDUM

<u>INTRODUCTION</u>

Kenji Henderson pled guilty on July 10, 2006 to an indictment charging him with two counts of being a felon in possession of a firearm. Henderson requests that the court impose a sentence of 20 months to be followed by two years of supervised release. Under the circumstances of this case, which include: (1) aggressive encouragement of wrongdoing by a paid informant, (2) substantial overstatement of the seriousness of criminal history, and (3) an extraordinarily traumatic childhood with serious lack of parental guidance, 20 months is a sentence that is "sufficient but not greater than necessary" to achieve the four purposes of sentencing set forth in 18 U.S.C. § 3553(a)(2). <u>United States v. Booker</u>, 125 S.Ct. 738 (January 12, 2005).

BACKGROUND[1]

The instant offenses occurred on December 9, 2004 and
January 18, 2005.  The Probation Department has determined that
Henderson's guideline sentencing range is 37-46 months.

At the time of his arrest, Henderson was 26 years old.
Henderson is an African American man who was born and raised
primarily in public housing in Roxbury.  Until he was twelve,
Henderson grew up with his mother and older sister, having no
relationship whatsoever with his father.

Henderson's mother was addicted to cocaine and was involved
in criminal activity.  As a result, due to his mother's neglect,
when he was about thirteen years old, he was removed from his
home by the Department of Social Services.  After a temporary
placement in foster care in Massachusetts, Henderson was moved to
Winter Springs, Florida and placed in the care of an aunt.
Because he was having difficulty adjusting to the high school in
Florida, Henderson moved back to Massachusetts but was unable to
reunite with his mother, who was by then in residential drug
treatment.  He was therefore placed in the custody of his older
sister.  He attended Brockton High School for his junior and
senior year, and graduated in 1997.  Ultimately, his mother
succeeded in conquering her drug addiction and was able to

---

[1] The facts are gleaned from the Presentence Report of
December 7, 2006, information from the defendant, and letters
from family members and employers attached as Appendix A.

-2-

reunite with Henderson.  Joan Henderson has remained drug free for eleven years and now works as a drug addiction counselor in Roxbury.

Aside from a lack of parental guidance, Kenji Henderson's life has been significantly affected by untimely deaths and violence.  On November 5, 2003, his uncle Charles Johnson was shot and killed in a random shooting while standing in Dudley Station.  Henderson has lost one other uncle (from a drug overdose), a stepbrother, his grandfather, cousins and friends.  Henderson has lost approximately ten friends to shootings.

During the period of time when the events which led to the present charges took place, Henderson founded a business named HardEarn Entertainment that engaged in promoting and planning events such as celebrity basketball games, concerts and parties. It was through this business that he met the paid government agent to whom he ultimately sold two guns.  Their relationship began when they worked together in approximately 2002-2003 promoting events at Club Romans in Brockton.  The informant and Henderson developed a close relationship that included visiting each other's homes, meeting each other's families and socializing regularly.  The informant shared with Henderson the fact that his brother had been stabbed and killed in 2003.  Henderson considered the informant to be a close friend.

-3-

Henderson was surprised and concerned when the informant called him and told him that someone was threatening to harm his friend and his girlfriend.  The informant begged Henderson to help him to acquire a gun for protection but Henderson declined. The informant seemed genuinely fearful and continued calling and speaking to Henderson daily, imploring help in acquiring a gun for security.  Henderson, who trusted the informant and believed that he truly was in danger, finally acquiesced and agreed to assist him in the purchase of a gun.  The first gun that Henderson was able to locate was broken and inoperable.  The second, which Henderson was in possession of for only minutes as he transferred the gun from seller to informant, had a partially obliterated serial number.

There are no facts to indicate that Henderson was in the business of selling firearms.  There are no facts to indicate that he had ever even sold a firearm prior to being approached by the paid informant in this case.  There are no facts to indicate that he was involved in possessing a gun or in any criminal activity whatsoever during the months and years preceding this case until the informant aggressively encouraged these two gun sales.

-4-

Henderson was on pretrial release from September 2, 2005 until July 17, 2006 when he self surrendered in order to begin gaining credit towards his sentence.  While on pretrial release his behavior was exemplary.

ARGUMENT

Under the Supreme Court's decision in <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) a court must look to 18 U.S.C. § 3553(a), and impose a sentence which is "sufficient but not greater than necessary" to achieve the four purposes of sentencing set forth in § 3553(a)(2).  <u>Booker</u>, 125 S.Ct. at 764-65.  In imposing sentence, the Court must consider all of the factors set forth in § 3553(a)(1)-(7).  The sentencing guidelines are no longer binding on the court.  <u>Id</u>.

1.  Nature and circumstances of the offense and the history and characteristics of the defendant (§ 3553(a)(1)).

Kenji Henderson has one prior offense for possession of a firearm for which he was sentenced to one year in the house of corrections, one prior offense for assault and battery by dangerous weapon (throwing a bottle) which was continued without a finding and ultimately dismissed, and one prior offense for malicious destruction of property for which he was sentenced to two years of probation.  While serving his two year probationary sentence Henderson was a model probationer.  After one year of

probation, the probation officer advanced the case for early termination based upon his positive performance.  PSR 43, 66. Prior to the present case, Henderson had not been involved in any criminal activity for over five years.

As discussed above, Kenji Henderson's background is significant for serious lack of parental guidance during the formative years of childhood and early adolescence.  His only care-taking parent was drug-addicted and participated in criminal activity.  His home environment was so harmful that DSS had to remove him from his mother when he was thirteen.  This led to several chaotic years that included moving and switching schools repeatedly during his adolescence.  This lack of emotional support and discipline also led to social and academic struggles in school, as well as bad decisions and encounters with the criminal justice system.

Despite the obstacles encountered in his life, Henderson has worked hard to become an educated, productive member of society. He graduated from Brockton High School in 1997, after which he enrolled in college classes.  In 1998, he studied Criminal Justice at Bunker Hill Community College.  He attended Roxbury Community College from 1997-2001 where he studied Business Management.  He then attended Katherine Gibbs College in 2002, also studying Business Management.  At the time of his arrest he

was in the process of studying for his real estate certification, something he intends to continue to pursue when this case is over.

Henderson has also maintained continuous employment and been involved in community service throughout his life.  PSR 90-97A, Appendix A.  Most recently he worked at Health and Sports Rehab, Inc., a health and sports rehabilitation center where he was highly regarded.  Appendix A letter Yvette Watson.  His duties entailed acting as a liaison between patients and medical staff, scheduling appointments, doing medical dictation and transcription, and maintaining and updating patient's records. Appendix A letter Yvette Watson.  In addition, for over ten years he has volunteered at the Marcus Garvey Center in Roxbury where he has been trained to do intake and referrals for people in need of substance abuse treatment and health services.  Appendix A letter Gregory L. Davis, Executive Director.  He is also a participating church member.  Appendix A letters Larry M. McPherson and Sonji Mathis.

In the present case, Henderson was pressured by a paid informant to commit a crime in order to help a friend in danger. Prior to the instant case, he had not had any arrests since May of 1999.  Unfortunately, he succumbed to bad judgment when he finally agreed to assist what he believed to be an endangered

friend in the purchase of a firearm.  Though the firearm had an obliterated serial number, it was only partial and easily restored.  Moreover, Henderson was in possession of the gun for only minutes, and there is no indication that he requested or knew that the gun had an obliterated serial number.

   2.  The need for the sentence to "reflect the seriousness
       of the offense, to promote respect for the law, and
       to provide just punishment for the offense"
       (§ 3553(a)(2)(A)).

A sentence of 20 months followed by two years of supervised release is severe and adequate to reflect the goal of this factor.

   3.  The need for the sentence "to afford adequate
       deterrence to criminal conduct" (§ 3553(a)(2)(B)).

A 20 month sentence for this 28 year old young man provides a strong deterrent.

   4.  The need for the sentence "to protect the public
       from further crimes of the defendant" (§ 3553(a)(2)(c).

The best way to protect the public is to maintain Henderson on the path he has been on since beginning pretrial release. Kenji Henderson has much going for him.  He is a high school graduate who has actively pursued further education.  He has been gainfully employed and can be self-supporting.  He founded his own business.  He is an involved community member donating his time to a substance abuse education and referral center as well as to his church.  A 20 month sentence followed by a two year

-8-

period of supervised release where he will have the support and supervision of the United States Probation department is likely to serve him and society well.

5. The need "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner" (§ 3553(a)(2)(D)).

Kenji Henderson intends to avail himself of educational opportunities while in prison. Once released he will have the support and guidance of the probation department and intends to earn his real estate license and begin a career in real estate. A lengthy stay in prison will likely only hamper Henderson's ability to make a productive re-entry into the world.

6. The "kinds of sentences available" (§ 3553(a)(3)).

The sentence Henderson proposes, 20 months imprisonment followed by two years of supervised release, is available to the court.

7. The "kinds of sentence and sentencing range" established under the Guidelines and "any pertinent policy statement" (§ 3553(a)(4) & (5)).

A. Criminal history category III substantially overstates his criminal history and likelihood of recidivism

In the present case, the criminal history category III of the sentencing guidelines substantially overstates Henderson's criminal history and the likelihood of recidivism. He has three prior offenses, one of which is a charge of assault and battery

by means of a dangerous weapon (a bottle thrown at the outside of a bus) for which he received a continuation without a finding for six months and ultimately a dismissal.  The second offense, possession of a firearm, occurred when he was twenty years old and resulted in a one year house of corrections sentence.  The third, malicious destruction of property (breaking items in the apartment he shared with a male roommate after an argument) resulted in a two year probationary term which was terminated a year early as result of his good conduct.  Prior to the present case Henderson had no arrests for over five years.  Thus, "reliable information indicates that the defendant's criminal history category substantially over-represents the seriousness of the defendant's criminal history" and a downward departure is warranted.  U.S.S.G. § 4B1.3(b)(1).  The most recent lengthy gap in Henderson's criminal history, along with the circumstances under which he committed the present offense, indicate that the likelihood of recidivism is lower than that for defendant's with a similar criminal history score.

B.    Aggressive encouragement of criminal conduct by government
      agent warrants downward departure

In the present case Henderson was genuinely concerned when a close friend (the informant) called him and said that someone was threatening to harm his friend and his friend's girlfriend.  The

informant begged Henderson to help him acquire a gun for protection, to which Henderson answered he would not.  The informant seemed extremely fearful and continued calling and speaking to Henderson, daily imploring help.  Henderson, who trusted his friend, believed he was truly in danger and finally acquiesced, agreeing to assist him in the purchase of a gun.

There are no facts to indicate that Henderson was in the business of selling firearms.  There are no facts to indicate that he had ever even sold a firearm prior to being approached by the paid informant in this case.  There are no facts to indicate that he possessed a gun or was involved in any criminal activity whatsoever prior to the informant's aggressive encouragement of these two gun sales.

Where, as here, "the defendant committed the offense because of serious coercion, blackmail or duress, under circumstances not amounting to a complete defense, the court may depart downward." U.S.S.G. § 5K2.12.  In particular, the Sentencing Commission recognizes that a "threat of physical injury, substantial damage to property or similar injury resulting from the unlawful action of a third party" warrants downward departure.  Id.  Aggressive encouragement of wrongdoing, not amounting to a complete defense, may be used as a basis for departure under section 5K2.12. United States v. Garza-Juarez, 992 F.2d 896, 912 (9th Cir. 1993);

United States v. McClelland, 72 F.3d 717, 725 (9th Cir. 1995).

The ultimate issue is whether the defendant committed the offense

"because of" serious coercion, blackmail or duress.  United

States v. Sachdev, 279 F.3d 25, 29 (1st Cir. 2002).  A downward

departure is warranted in the present case where the defendant,

who was not in the business of buying or selling or possessing

firearms, was aggressively recruited to locate a gun for a friend

who claimed that his life was in danger.  The circumstances of

this case show lesser culpability than that of a typical felon in

possession of a firearm.

C.   Enhancement for obliterated serial number

     Because one of the firearms had an obliterated serial

number, Henderson is subject to a two level enhancement.

U.S.S.G. § 2K2.1(b)(4).  According to the application notes, this

enhancement applies regardless of whether the defendant knew or

had reason to believe that the firearm had an altered or

obliterated serial number.  However, in the present case, the

serial number was only partially obliterated and was easily

restored.  Further, the discovery indicates that the defendant

was only in possession of the firearm for minutes during the time

he transferred it from the seller to the informant.

CONCLUSION

For the foregoing reasons, Kenji Henderson requests the
Court impose a sentence of 20 months imprisonment followed by two
years of supervised release.

                              KENJI HENDERSON
                              By his attorney,


                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document(s) filed
through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as
non-registered participants on April 9, 2007.


                              /s/ Catherine K. Byrne

                              Catherine K. Byrne


-13-

# APPENDIX A



# Health & Sports Rehab, Inc.



438-A Blue Hill Avenue
Dorchester, MA 02021
(Corner of Warren Street)
Phone: (617) 541-8825
Fax: (617) 541-8815

919 Washington Street
Dorchester, MA 02024
(Corner of Gallavan Blvd.)
Phone: (617) 265-5000
Fax: (617) 282-9686

To Whom It May Concern:

I am pleased to provide a letter of recommendation for Mr. Kenji Henderson.  Mr. Henderson has worked here at Health & Sports Rehab from January 2002 to present.  He has done a superb job in a very demanding position.  His responsibilities here have included acting as a liaison between the medical staff and patients, scheduling patients appointments, collecting of professional fees, medical dictation and transcription, scanning, data entry, verbal and written communication regarding all aspects of patient care, maintenance and updating of patient records, as well as other clerical duties necessary to satisfy the requirements of a busy office.  Kenji works well under pressure as demonstrated on busy clinic days when he must juggle telephone coverage, greet patients, answer their questions, and provide administrative assistance to the physician and therapist staff.  All of these things require strong interpersonal skills as well as the ability to manage details, schedules and budgetary items.  Kenji is an extremely bright, hardworking and dedicated employee.  What has continually impressed me about Kenji is his commitment to his job and willingness to get the job done.  Kenji goes above and beyond what is required to help us deliver the best quality patient care possible.  His caring demeanor is evident in his dealings with patients.  He is prompt, timely and efficient in his professional dealings with the patients and colleagues.  His time here has been spent in a difficult office environment, which he has handled with ultimate professionalism.  I find Kenji to be very social and personal.  Many of the patients have commended Kenji.

I am confident that Kenji will have the same strong work ethic and commitment in his future as he has had here.  I am sure that these aforementioned qualities will make Kenji a wonderful candidate for any positive opportunity he sets his mind to.  He will be extremely missed by me and all his co-workers here.  I would be pleased to speak with you personally and I hope you consider all of his qualifications when he stands before you.

Sincerely,

Yvette Watson
Owner

To Your Honor

This letter is inregard to my brother Kenji Henderson, my name is Nershi Henderson. I would like to take a moment to let you know about my brother. Things have not been easy growing up in the Roxbury area of Boston for my brother and myself although growing up in an area infested with violence and drug addiction being very close to home including a mother who was a drug addict for the most part of our lives. Although our mother has been clean for almost 12 years the scars and the affects of her addiction and the surroundings that came with it still remains internally, to some point. Kenji's lack of a male rolemodel in his early life has made things a little difficult for him by having an absentee father.

I am 9 years Kenji's senior in 1995 I fought and obtained legal custody of Kenji, although my mother was addicted as we were growing up we were always encouraged to stay close and to look out for one another, and regardless of our surroundings to strive to be the best we could be. Kenji has always been very active in sports in school, he was also a peer tutor in Brockton High where he did graduate from. Kenji attended Bunker Hill Community College where he majored in law, he also attended Kathrine
Gibbs School along with as of recently recieving his Real Estate sales certificate. Kenji has also been involved various fund raising activities to help our troubled youth. He has brought to the Boston and the New England area a function called Celebrity Jamboree which was a Celebrity basketball game that local radio personalities would play a game with celebrities in music and acting with proceeds going to the Boys and Girls clubs.

Kenji has been involved in promotions for quite some time which is how he got involved with the other person involved in this case whom Kenji took to. So when this person came to my brother stating that he was in fear of his life and also the life of his family.

Kenji made a careless decision to what he thought was helping against his better judgement to help. Kenji was afraid of losing what he considered to be a close friend and business partner. He used the love and respect my brother had for him and his family. Kenji has a very loving heart which caused him to make a decison based on emotion. Kenji has suffered many very close losses n his short years one being his very best friend when he was just 14 years old. Our uncle Charles Johnson was recently gunned downed in Dudley station with a stray bullet to the heart he was one of five innocent bystanders shot for standing in the wrong place, this incident not only thas taken it's toll on Kenji but our entire family.

My brother is not a bad person, he like all of us at one time or another has made a bad decision. I am asking you for leniency, so that my brother can go back to being a productive tax paying member in our society.

Sincerely Yours

Nershi Henderson

**La Alianza Hispana, Inc.**
**Department of Workforce Development**
**Work & Learning Division**
409 Dudley Street
Roxbury, MA. 021119
617-427-7175

June 12, 2006

**Re: Kenji Henderson**

To Whom It May Concern:

I am writing this letter in behalf of **Mr. Kenji Henderson** who has been a participant in our **Life Skills Empowerment Institute (LSEI)** component since August 2004. In this particular component of our program we empower people with particular life skills that are required to improve their quality of life, so they may be successful at whatever realistic endeavor they may choose for themselves.

While Mr. Henderson was participating in our program he show initiative and a willingness to learn. He not only participated in computer classes he was being considered for A.B.C.D. College Pathways program for higher education. One of the strong characteristics revealed by Mr. Henderson was his ability to understand the entrepreneur concept. He did express his interest in starting his own business in fashion design.

As a Crisis Intervention Counselor who continues to work with youth/young adults- at-risk, I recognize the mechanisms that motivate our young to stray onto the destructive path of street life. Whether it's peer pressure, poor parental guidance, bad choices or a combination of the three, our youth get caught up with little opportunity to get out and Mr. Henderson is no different. My only wish is that we have the opportunity to continue working with the man, because he has so much potential to do better.

In closing, I would like to inform you of my availability to continue working with Mr. Henderson in dealing with his present issues. It is, however, my professional assessment that Mr. Henderson would greatly benefit from therapeutic counseling especially in the area of death, loss & transition.

Thank you for any consideration given to this matter. If you have any further concerns, please contact me at 617-427-7175 ext, 218.

Respectfully,

Douglas Jackson,
Crisis Intervention Specialist

Cc: file

To Your Honor,

I am writing you a Mother's plea for my son. I feel that I should let you know about Kenji.

I am a recovering addict. I am coming up on 12 years clean. That means that the first 16 years of Kenji's life he had a drug addict for a mother, even so it was instilled in him to live a better lifestyle.

Kenji finished high school and went to college. He was going there to be able to work in the field of law enforcement. At this time he got a gun charge. I am a mother who do not condone when my child is wrong. I also understand the fear he felt which made him pick up the gun, like I spoke about him being in college. He also was working. Kenji drove a SUV, he dressed well and being a popular person cause others to point guns out of jealousy at him. They also would make gestures with their fingers like they were going to shoot him. Needless to say he made a very bad decision to pick up a gun also for protection. After Kenji went to jail and did his time, he came out and went back looking for work. He went back to college; he also worked on obtaining his real estate license. At first he felt like his life was over because he has a gun charge on his record, but he was encouraged not to give up.

Kenji does a lot of work doing promotions for different events. He does a lot of work on events to help our teenagers; this is how he got involved with the other person that is involved. They worked together for over 3 years doing different functions. Kenji cared about him very much.

On 11/05/03 my brother was killed down at Dudley Station by a random bullet. He was one of 5 innocent bystanders shot for standing in the wrong place at the wrong time. All of those who got shot were doing nothing wrong when the gunman ran through the station firing bullets. My brother, Kenji's uncle was the only one that died. He got shot in the heart. We lost 9 family members that year alone. We have had numerous other deaths in our family. When this person who Kenji came to care so deeply for, stated his family and his life was in jeopardy caused Kenji to make some wrong decisions. Kenji was so afraid of losing anyone else in his life that he cared about, that he did whatever he could not to lose this person, not knowing that this person he thought he was helping was actually befriending him to set him up. Kenji has lost both of his favorite uncles, stepbrother, grandfather, cousins, friends and so may that I cannot count. We had so many deaths in our family that he asked if we were cursed. My only answer was that we are blessed even though it does not feel like it sometimes. We all are traumatized especially Kenji. As a mother that knows there are consequences to every action. I am pleading with you for leniency for my son Kenji. By the grace of God I turned my life around and now work in the Human Service Field. Kenji who is not a bad child who has never been in a gang. He just makes bad decisions. He will have to go through what he has to go through, but he can still be a productive member of society that he has been most of his life.

Sincerely
Joan Henderson

**METRO BOSTON ALIVE INC.**
116 ROXBURY STREET
ROXBURY, MA. 02119



"WE CHOOSE LIFE"

June 12, 2006                                                (617) 427-4200

To Whom It May Concern:

I'm writing this letter on behalf of Mr. Kenji Henderson, whom I've known for over ten
(10) years. Mr. Henderson has been volunteering his time with this organization since he
was thirteen years old. He has done landscaping, building cleaning and painting.

We have trained him on intake and referrals of individuals in need of substance abuse and
health services, under the direct supervision of our staff here at the Marcus Garvey Center.
Kenji now volunteer (30) thirty hours a month helping individuals find health services.

Mr. Henderson is someone whom we trust and can depend on; we understand that he is not
different from many other young males living in urban communities who are confronted
with test and peer pressure. He continues to stay drug free and we support his efforts to
develop into a man and become active in his community. It is our hope that his efforts will
be taken into consideration and supported.

Please feel free to contact me if I can be of further assistance on Kenji's behalf.

Sincerely,

Gregory L. Davis
Executive Director

**METRO BOSTON ALIVE, INC.**
**P.O. Box 190143**
**Roxbury, MA 02119**

Metro Boston Alive Inc. (MBA) is a grassroots substance abuse educational, referral, and prevention program, which has been serving the minority communities of Boston since 1986. MBA provides education about health care services to individuals with HIV/AIDS and substance abuse issues. Relapse prevention support services, support for family members of people with substance abuse, HIV/AIDS related issues. MBA provides individual services for teens with substance abuse and HIV/AIDS issues.

MBA is comprised largely of men and women who are recovering from substance abuse issue, because of the growing rate of crime, substance abuse and the spread of the HIV virus. Many of these people in recovery felt there was a strong needs to develop a program to help them address their addiction of drugs and alcohol, but also a need to serves the communities affected by the behaviors of additive persons. MBA has been viewed as a viable means to reach that goal. Being a recovering addict is one of the attraction tools used to recruit members of the different communities. The participation of recovering adults helps eliminate the stigma around **Addicts** and helps MBA to be more effective in providing a range of healthy activities and services to the communities.

MBA has also provided a link with the public and private sector agencies for our members and constituents. This link has proven to being successful over the years in assisting community members in obtaining employment and housing.

MBA receives most of it's funding through fund raising and donations from business through out the city. However to provide a better service to the communities and to achieve the goals set forth, a solid funding foundation must be acquired.

The communities that MBA encompasses are: Roxbury, Jamaica Plain, Dorchester, Mattapan, Roslindale, South Boston, East Boston, Hyde Park, West Roxbury, Charlestown, and the South End.

The organization is headed by; Mr. Gregory Davis, President/CEO, Ms. Doris Bunte, Vice President, Ms. Kimberly Houston, Treasurer, Mr. Rocco Antonelli Jr., Property Director, Mr.Azid Mohammed, Mr. John Chapman, and Mr. Marshall Clark, Clerks, and Diane Galloway, Holiday Event Coordinator and Katie Portis, City of Boston and advisor to the board.

MBA is a non-profit organization with a501c3 designation. As a result, contributions are tax deductible.

September 30, 2005

Mr. & Mrs. Thaddeus Sandridge
84 Bloomfield Street #3
Dorchester Center MA 02124

(617) 740-8578 Home
(617) 720-3532 Work

To Whom It May Concern:

Over the past 6 years we have had the privilege of spending quality time with Kenji
Henderson. During this time Kenji has shown incredible willingness to learn, a high level
of commitment, and a caring attitude towards every person with which he has come into
contact.

We have found Kenji to be extremely intelligent, very motivated, and a pleasure to be
with during special community & family events. He has a penchant for problem solving
and thinking through assignments before he begins them.

He has shown great pride in his accomplishments in regards to becoming a responsible
and productive young Black Man of pride and dignity in the community: changing his
life and becoming self-supporting.  He is a power of example for others of his age group
in his manner of speech, awareness of the value of his life and others, and dresses
appropriate at all times.

It is our experience as parents of young adults: male and female; if our children sway
from their norm, they need to be given a chance to regain their values of integrity,
intelligence, and self-worth , by society responding positively to his/her desire to change
his/her life and behavior.

If you have further questions about Kenji or if we can be of assistance , please feel free to
contact us.


Sincerely,

*Thaddeus & Kayrine Sandridge*

Thaddeus & Kayrine  Sandridge

June 6, 2006

To Whom It May Concern:

From: Larry M. McPherson
      12 Hallowell Street
      Mattapan, MA. 02126

Re: Kenji Henderson.

I have known Kenji Henderson for many years and have found him to be one of the most unselfish, caring young men I have ever come across. In my position, I have met men of all types.

This young man can make a difference in this world because not once but on several occasions I have asked him to help me out on various jobs at Syria Temple #31 and Prince Hall Grand Lodge. He did not hesitate to give a helping hand.

I very rarely write a character letter about anyone but I thought this one is necessary.

Please feel free to contact me at anytime if I can be of any help to you regarding this letter.


ALWAYS REMEMBER: YESTERDAYS HAVE NO IMPORTANCE EXCEPT AS EXPERIENCE IN MAKING TODAY MORE FRUITFUL.

Thank you

Larry M. McPherson

Illustrious Potentate of Syria Temple#31(Oasis of Boston-Desert of Massachusetts
A.E.A.O.N.M.S.
Past Master Mt Zion Lodge#15 F&AM (Prince Hall Grand Lodge)Jurisdiction Of
Massachusetts

# BROWNHOUSE   ENT.

**From:  MR. BOBBY BROWN**

**TO: PROBATION**

**DATE: May 4, 2006**

**RE: Kenji Henderson**

**To whom it Concern,**

Please be advised that the foregoing is my true attest statement as to the employment of Mr. Kenji Henderson hereinafter referred to as Kenji. Brownhouse Entertainment has employed Kenji for some 5 years As an independent contractor. Be it understood that within his scope of duties Kenji regularly promotes music and television production efforts of the BrownHouse Ent. Co. by means of flyers, snipes, posters, commercial advertisement, and  Internet marketing. It has been our great pleasure to have Kenji work with us in our recent endeavors helping to attain a successful season in radio and television. While I am personally saddened and greatly affected by Kenji's upcoming sentencing I am honored to be supportive in his time of need in hopes that I may convey some understanding as to his character mistakes aside.  Please consider these matters as we greatly appreciate having Kenji be part in our organization and know that he will always have a position with BrownHouse Entertainment.

Any questions or concerns, don't hesitate to call me @ 310 866 6046

Sincerely,

BOBBY BROWN

YOURS IN MUSIC

September 12, 2005

Bryan Edwards
423 Brookline Avenue #205
Boston, MA 02215

RE: Kenji Henderson

To Whom It May Concern:

Kenji is a 26 year-old male with a positive personality, he is a people person whom is well liked by many, and he is very easy to get along with.

Kenji is not just an outstanding guy, but he is also a great friend, whom I respect a great deal. He has always showed me how responsible he is and has contributed to his family in so many ways.  Kenji is a man of the Boston Community. In the past 5 years, he has volunteered to work with local non-profit organizations such as the Boys & Girls Clubs of New England. Kenji was responsible for assisting the director in organizing special events in the Boston Area, which involved kids & their families to come out and have a good time.  I cannot say enough good things about Kenji; it would be a great disappointment if his name were to be discredited in any manner.

Sincerely,

Bryan Edwards

*June 7, 2006*

**SONJI MATHIS**
**66 ROSEWOOD STREET**
**MATTAPAN MA. 02126**

*RE: KENJI HENDERSON*

*TO THE COURT:*

*Kenji is one of the brightest young men that I've met in a long time, despite what he's done; Kenji is one of the hardest working man that I've known. I held him in my arms when he was just a baby, and I could tell even from then that he was a special child and even then he had high goals, given the right/positive opportunity, the sky's the limit.*

*He <u>does know</u> what he did was wrong, but he has done a three sixty, he now knows not to surround himself with negative people, because when they see that you have a plan & aspirations, they want to introduce negative ways of achieving those goals or they become extremely jealous and you have to constantly look over your shoulders, I believe this is why he did what he did, he doesn't want to live in the inner city anymore and he wasn't sure/confused about how to make that change. Now he listens to people who are doing positive & he even joined my church which was a huge surprise to me, but I know because he wants to change. Please give him that opportunity, you will not be sorry. The pressures of the inner city are more then most could imagine or write, just turn on the news and you can see, even children who have done no wrong get caught up, I know because I grew up in the same environment. But with God's help and guidance I got through, and he will to. He would be a great inspiration to other young people who want to change their lives*

*Thank you for letting me express my heart felt feelings about this because it's something that needs to be told, even if it wasn't Kenji. If you have any questions regarding what I've stated to you, please call me at 617-541-8825.*

*Sincerely,*

*Sonji Mathis*
*Billing Manager*